**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE  DIVISION**

**CIVIL ACTION NO. 1:07-CV-00046**

**LINDA WILSON**                                                                 **PETITIONER**

**V.**

**DIANE S. ROBL,**
**Clerk, United States Bankruptcy Court**
**for the Western District of Kentucky**                                  **RESPONDENT**

<u>**ORDER**</u>

        This matter is before the Court upon a motion by the Petitioner, Linda S. Wilson, objecting

to the Magistrate's Findings of Fact, Conclusions of Law, and Recommendations. (DN 16).  In his

Recommendation, the Magistrate concluded that the Court should not grant Wilson's petition for

a writ of mandamus. (DN 15).  Notwithstanding the Petitioner's objections, the Court agrees with

the Magistrate's conclusion that the Respondent does not have a clear duty to accept and file

motions in a closed bankruptcy where the filing party has not moved to reopen the case or tendered

the appropriate reopening fee. For this reason, the Court hereby adopts the Magistrate's

Recommendation and **DENIES** Wilson's petition for a writ of mandamus.  **IT IS SO ORDERED**.

cc: Counsel of Record